UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20139 CR MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SANDRA OROZCO GIL,

    Defendant(s).
_____/



## ORDER

THIS CAUSE has come before the Court upon the Defendant's Motion To Extend Surrender Date, filed July 2, 2008. (DE 672). The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant's surrender date is hereby extended to October 6, 2008.

**DONE AND ORDERED** at West Palm Beach, Florida, this 3rd day of July, 2008.

                                                DONALD M. MIDDLEBROOKS
                                                UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
        U. S. Probation Office
        U. S. Marshal Service