WCH:jr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20139-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SANDRA OROZCO-GIL,

        Defendant
_____/



### FINAL ORDER OF FORFEITURE

Upon motion of the United States for entry of a final order of forfeiture pursuant to 21 U.S.C. § 853(n), upon a review of the docket in this matter and for good cause shown thereby, the Court hereby finds that:

1. On December 12, 2006, this Court entered an Amended Preliminary Order of Forfeiture [DE# 289], condemning and forfeiting the interest of defendant SANDRA OROZCO-GIL (hereinafter referred to as "defendant") in the following property, among others, to the United States of America pursuant to 18 U.S.C. §§ 982(a)(1)[1]:

        2001 Toyota Sequoia, VIN 5TDZT34A71S031179.

2. On June 18, 2007, this Court entered a Final Order of Forfeiture forfeiting all right, title and interest in the property listed in the Amended Order of Forfeiture and vesting clear title to the United States and allowing for the disposal of the forfeited assets.[2]

---

[1] The procedures in 21 U.S.C. § 853, except for subsection (d), are incorporated by 18 U.S.C. § 982(b)(1).

[2] In its Motion for Final Order of Forfeiture, the Plaintiff inadvertently omitted the 2001 Toyota Sequoia which was listed in the Amended Preliminary Order of Forfeiture.

3.   All persons known to the United States to have a legal interest in the property ordered forfeited have been notified according to 21 U.S.C. § 853(n)(1).

4.   No third party has filed a timely petition for an ancillary hearing and the Court is not aware of any party having any interest in the property ordered forfeited by the Amended Preliminary Order of Forfeiture identified herein above.

Accordingly, pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(n) and for good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that all right, title and interest in the following property:

2001 Toyota Sequoia, VIN 5TDZT34A71S031179,

is hereby forfeited to and clear title vested in the United States of America.

The United States Marshals Service, or any other duly authorized law enforcement agents, shall dispose of the forfeited property in accordance with the law.

DONE AND ORDERED at West Palm Beach, Florida this 20 day of October 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

2